STATE of Missouri, Respondent,

v.

Virgil J. WINSTON, Appellant.

No. WD 33662.

Missouri Court of Appeals,
Western District.

May 31, 1983.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SOMERVILLE, C.J., and TURNAGE and MANFORD, JJ.

ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and sentence of two years. Applicable statute is § 570.030, RSMo 1978.

No jurisprudential purpose would be served by a written opinion.

Judgment affirmed. All concur.

Rule 30.25(b).